| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
John H. Leavey Manufacturing, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  JHL Supply Company  
DBA  Camping Survival

**3. Debtor's federal Employer Identification Number** (EIN)  
52-2015433

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1000 North Horner Blvd<br>Sanford, NC 27330 | 3104 Valley Rush Drive<br>Apex, NC 27502 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Lee<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  
www.campingsurvival.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **John H. Leavey Manufacturing, Inc.**          Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **John H. Leavey Manufacturing, Inc.**         Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other  _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **John H. Leavey Manufacturing, Inc.**     Case number (*if known*)
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 12, 2018**
                MM / DD / YYYY

**X** **/s/ Thomas Sciacca**          **Thomas Sciacca**
Signature of authorized representative of debtor     Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ George Mason Oliver**         Date   **January 12, 2018**
Signature of attorney for debtor          MM / DD / YYYY

**George Mason Oliver 26587**
Printed name

**The Law Offices of**
Firm name

**Oliver & Cheek, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone  **252-633-1930**    Email address

**26587**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **John H. Leavey Manufacturing, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 12, 2018**        X **/s/ Thomas Sciacca**
                                        Signature of individual signing on behalf of debtor

                                        **Thomas Sciacca**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **John H. Leavey Manufacturing, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NORTH CAROLINA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Swift Capital<br>Attn: Manager or Agent<br>3505 Silverside Road<br>Wilmington, DE 19810 | | | | | | $113,202.00 |
| M&T Bank<br>Attn: Officer, Mg Agent, Agent<br>PO Box 62146<br>Baltimore, MD 21264 | | | | | | $98,177.63 |
| PayPal Working Capital<br>Attn: Managing Agent<br>2211 North First Street<br>San Jose, CA 95131 | | | | | | $68,940.19 |
| Amex/Zwicker & Associates<br>Attn: Manager or Agent<br>80 Minuteman Rd<br>Andover, MA 01810 | | | | | | $50,000.00 |
| Key Bank<br>Attn: Officer, Mg Agent, Agent<br>PO Box 93885<br>Cleveland, OH 44101 | | | | | | $49,999.00 |
| FedEx<br>Attn: Manager or Agent<br>3965  Airwasys Module G. 4th Flr<br>Memphis, TN 38116 | | | | | | $32,422.94 |

| Debtor | John H. Leavey Manufacturing, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capital One Visa**<br>**Attn: Manager or Agent**<br>**PO Box 30285**<br>**Salt Lake City, UT 84136** | | | | | | $29,138.88 |
| **Key Bank Mastercard**<br>**Attn: Manager or Agent**<br>**PO Box 89446**<br>**Cleveland, OH 44101** | | | | | | $23,405.50 |
| **Discover**<br>**Attn: Managing Agent**<br>**PO Box 6103**<br>**Carol Stream, IL 60197** | | | | | | $17,726.05 |
| **Amex**<br>**Attn: Manager or Agent**<br>**PO Box 65098**<br>**Dallas, TX 75265** | | | | | | $13,360.13 |
| **Rothco**<br>**Attn: Manager or Agent**<br>**3015 Veternans Memorial Highway**<br>**Ronkonkoma, NY 11779** | | | | | | $12,077.98 |
| **Bright I Design**<br>**Attn: Manager or Agent**<br>**25 Ravensbrook court**<br>**Getzville, NY 14068** | | | | | | $12,000.00 |
| **Earth Easy**<br>**Attn: Manager or Agent**<br>**605-55 E. Cordova Street**<br>**Vancover, BC V6ACA5** | | | | | | $8,687.38 |
| **Chase Visa**<br>**Attn: Manager or Agent**<br>**PO Box 44014**<br>**Palatine, IL 60094** | | | | | | $8,253.51 |

Debtor **John H. Leavey Manufacturing, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gladding Braided Products<br>Attn: Manager or Agent<br>PO Box 164<br>South Otselic, NY 13155 | | | | | | $7,582.19 |
| Citi Visa<br>Attn: Manager or Agent<br>PO Box 9001037<br>Louisville, KY 40290 | | | | | | $6,766.73 |
| MRE Star<br>Attn: Manager or Agent<br>6411 mParkland Street, Ste 102<br>Sarasota, FL 34243 | | | | | | $6,414.05 |
| Plumrose USA<br>Attn: Manager or Agent<br>7 Lexington Avenue<br>East Brunswick, NJ 08816 | | | | | | $6,049.68 |
| G R Z Foods<br>Attn: Manager or Agent<br>PO Box 610<br>Reedsburg, WI 53959 | | | | | | $5,694.00 |
| Mary Jane Farm<br>Attn: Manager or Agent<br>1000 Wld Iris Lane<br>Moscow, ID 83843 | | | | | | $5,602.00 |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re: **John H. Leavey Manufacturing, Inc.**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 12, 2018**

/s/ **Thomas Sciacca**
**Thomas Sciacca**/**President**
Signer/Title

```
JOHN H. LEAVEY MANUFACTURING, INC    GEORGE MASON OLIVER              SECRETARY OF TREASURY
3104 VALLEY RUSH DRIVE                THE LAW OFFICES OF               ATTN: MANAGING AGENT
APEX, NC 27502                        OLIVER & CHEEK, PLLC             1500 PENNSYLVANIA AVE NW
                                      PO BOX 1548                      WASHINGTON, DC 20220
                                      NEW BERN, NC 28563

UNITED STATES ATTORNEY                US SECURITIES & EXCHANGE         NC DEPT OF REVENUE
310 NEW BERN AVENUE                   ATTN: MANAGER OR AGENT           ATTN: A. FOUNTAIN
FEDERAL BLDG SUITE 800                950 E. PACES FERRY RD., NE STE 900    PO BOX 1168
RALEIGH, NC 27601-1461                ATLANTA, GA 30326-1382           RALEIGH, NC 27602-1168

INTERNAL REVENUE SERVICE              ADINOL                           AMERICAN OUTDOOR PRODUCT
ATTN:  MANAGER OR AGENT               ATTN: MANAGER OR AGENT           ATTN: MANAGER OR AGENT
PO BOX 7346                           PO BOX 909                       6350 GUNPARK DRIVE
PHILADELPHIA, PA 19101-7346           TRUSSVILLE, AL 35173             BOULDER, CO 80301

AMEX                                  AMEX                             AMEX/ZWICKER & ASSOCIATES
ATTN: MANAGER OR AGENT                ATTN: MANAGER OR AGENT           ATTN: MANAGER OR AGENT
PO BOX 650448                         PO BOX 65098                     80 MINUTEMAN RD
DALLAS, TX 75265                      DALLAS, TX 75265                 ANDOVER, MA 01810

ANBEX                                 ANDERSON & FORRESTER             AUTOMATIC AIRFLOW BALANCIN
ATTN: MANAGER OR AGENT                ATTN: MANAGER OR AGENT           ATTN: MANAGER OR AGENT
1490 QUARTERPATH ROAD, STE, 5A-36     PO BOX 803836                    1985 CARRROLL STREET
WILLIAMSBURG, VA 23185                KANSAS CITY, MO 64180            CLEARWATER, FL 33765

BENCHMADE                             BONO SHOENECK & KING, PLLC       BOSCH AUTO SERVICE SOLUTIO
ATTN: MANAGER OR AGENT                ATTN: MANAGER OR AGENT           ATTN: MANAGER OR AGENT
300 BEAVER CREEK RD                   1 LINCOLN CENTER                 6301 N. W. 5TH WAY
OREGON CITY, OR 97045                 SYRACUSE, NY 13202               FORT LAUDERDALE, FL 33309

BRIGHT I DESIGN                       CAPITAL ONE VISA                 CELTIC BANK CORPORATION
ATTN: MANAGER OR AGENT                ATTN: MANAGER OR AGENT           ATTN: OFFICER, MG AGENT, AGE
25 RAVENSBROOK COURT                  PO BOX 30285                     268 SOUTH STATE ST., SUITE 30
GETZVILLE, NY 14068                   SALT LAKE CITY, UT 84136         SALT LAKE CITY, UT 84111

CHASE VISA                            CITI VISA                        DIAMOND WIPES INTERNATIONAL
ATTN: MANAGER OR AGENT                ATTN: MANAGER OR AGENT           ATTN: MANAGER OR AGENT
PO BOX 44014                          PO BOX 9001037                   4651 SCHAEFER AVENUE
PALATINE, IL 60094                    LOUISVILLE, KY 40290             CHINO, CA 91710

DISCOVER                              E.L. WOOD                        EARTH EASY
ATTN: MANAGING AGENT                  ATTN: MANAGER OR AGENT           ATTN: MANAGER OR AGENT
PO BOX 6103                           PO BOX 753                       605-55 E. CORDOVA STREET
CAROL STREAM, IL 60197                MARATHON, NY 13803               VANCOVER, BC V6ACA5
```

| | | |
|---|---|---|
| FEDEX<br>ATTN: MANAGER OR AGENT<br>3965 AIRWASYS MODULE G. 4TH FLR<br>MEMPHIS, TN 38116 | FOOD RESERVES<br>ATTN: MANAGER OR AGENT<br>110 S. BISMARK STREET<br>CONCORDIA, MO 64020 | FRONTIER DIST CO<br>ATTN: MANAGER OR AGENT<br>PO BOX 22485<br>SAN DIEGO, CA 92192 |
| G R Z FOODS<br>ATTN: MANAGER OR AGENT<br>PO BOX 610<br>REEDSBURG, WI 53959 | GLADDING BRAIDED PRODUCTS<br>ATTN: MANAGER OR AGENT<br>PO BOX 164<br>SOUTH OTSELIC, NY 13155 | GUARDIAN SURVIVAL GEAR<br>ATTN: MANAGER OR AGENT<br>1119 S. MISSION ROAD, STRE 10<br>FALLBROOK, CA 92028 |
| H & H MEDICAL<br>ATTN: MANAGER OR AGENT<br>328 MCLAWS CIRCLE<br>HAYES, VA 23072 | HEATER MEALS<br>ATTN: MANAGER OR AGENT<br>2940 HIGHLAND AVENUE, UNIT 210<br>CINCINNATI, OH 45212 | HORIZON TOOL<br>ATTN: MANAGER OR AGENT<br>7918 INDUSTRIAL VILLAGE ROAD<br>GREENSBORO, NC 27409 |
| HYDROSORBENT DEHUMIDIFIERS<br>ATTN: MANAGER OR AGENT<br>PO BOX 437<br>ASHLEY FALLS, MA 01222 | IMAC SYSTEMS<br>ATTN: MANAGER OR AGENT<br>PO BOX 1605<br>BRISTOL, PA 19007 | INSTAFIRE<br>ATTN: MANAGER OR AGENT<br>860 WEST RIVERDALE ROAD<br>CLEARFIELD, UT 84016 |
| KEY BANK<br>ATTN: OFFICER, MG AGENT, AGENT<br>PO BOX 93885<br>CLEVELAND, OH 44101 | KEY BANK MASTERCARD<br>ATTN: MANAGER OR AGENT<br>PO BOX 89446<br>CLEVELAND, OH 44101 | LAMAR<br>ATTN: MANAGER OR AGENT<br>PO BOX 1837<br>ELIZABETHTOWN, NC 28337 |
| LEE BUILDER MART, INC<br>ATTN: MANAGER OR AGENT<br>1000 HORNER BLVD<br>SANFORD, NC 27330 | LEE COUNTY TAX COLLECTOR<br>ATTN: MANAGER OR AGENT<br>106 HILCREST DRIVE<br>SANFORD, NC 27330 | LIBERTY MOUNTAIN<br>ATTN: MANAGER OR AGENT<br>4375 WEST 1980<br>SALT LAKE CITY, UT 84104 |
| LUMINARD LAB<br>ATTN: MANAGER OR AGENT<br>211 W. WACKER DIRVE<br>CHICAGO, IL 60606 | M&T BANK<br>ATTN: OFFICER, MG AGENT, AGENT<br>PO BOX 62146<br>BALTIMORE, MD 21264 | MAJESTIC DRUG<br>ATTN: MANAGER OR AGENT<br>PO BOX 490<br>SOUTH FALLSBURG, NY 12779 |
| MARY JANE FARM<br>ATTN: MANAGER OR AGENT<br>1000 WLD IRIS LANE<br>MOSCOW, ID 83843 | MAYDAY INDUSTRIES<br>ATTN: MANAGER OR AGENT<br>15031 GOLDENWEST CIRCLE<br>WESTMINSTER, CA 92683 | MRE STAR<br>ATTN: MANAGER OR AGENT<br>6411 MPARKLAND STREET, STE 10<br>SARASOTA, FL 34243 |
| PAYMENT PROCESSING CONSULTANTS<br>ATTN: MANAGER OR AGENT<br>67 MONROE AVE<br>PITTSFORD, NY 14534 | PAYPAL CREDIT<br>ATTN: MANAGING AGENT<br>2211 NORTH FIRST STREET<br>SAN JOSE, CA 95131 | PAYPAL WORKING CAPITAL<br>ATTN: MANAGING AGENT<br>2211 NORTH FIRST STREET<br>SAN JOSE, CA 95131 |

PLUMROSE USA
ATTN: MANAGER OR AGENT
7 LEXINGTON AVENUE
EAST BRUNSWICK, NJ 08816

PROPPER
ATTN: MANAGER OR AGENT
17 RESEARCH PARK DRIVE
SAINT CHARLES, MO 63304

ROTHCO
ATTN: MANAGER OR AGENT
3015 VETERNANS MEMORIAL HIG
RONKONKOMA, NY 11779

SAWYER PRODUCTS
ATTN: MANAGER OR AGENT
605 7TH AVENUE NORTH
SAFETY HARBOR, FL 34695

SURVIVAL MEDICAL
ATTN: MANAGER OR AGENT
4083 EAST 600 N.
RIGBY, ID 83442

SURVIVIAL INDUSTRIES
ATTN: MANAGER OR AGENT
1621 EMERSON AVE
VENTURA, CA 93003

SWIFT CAPITAL
ATTN: MANAGER OR AGENT
3505 SILVERSIDE ROAD
WILMINGTON, DE 19810

TENDER CORPORATION
ATTN: MANAGER OR AGENT
5555 SAN LEANDRO STREET
OAKLAND, CA 94621

THOMAS SCIACCA
3104 VALLEY RUSH DRIVE
APEX, NC 27502

TPI
ATTN: MANAGR OR AGENT
9615 SW ALLEN BLVD
BEAVERTON, OR 97005

ULINE
ATTN: MANAGER OR AGENT
400 BOULDER DRIVE
ALLENTOWN, PA 18106

WINTON COMPANY
ATTN: MANAGER OR AGENT
PO BOX 36332
CHARLOTTE, NC 28236

WISE COMPANY
ATTN: MANAGER OR AGENT
997 WEST 950 N., STE 100
CENTERVILLE, UT 84014

WORLD GONE SILENT
ATTN: MANAGER OR AGENT
1068 FAITH AVENUE SE
ATLANTA, GA 30316

WORLDWIDE OPERATIONS
ATTN: MANAGER OR AGENT
12312 PORT GRACE BOULEVARD
LA VISTA, NE 68128