**Fill in this information to identify the case:**

Debtor name    **John H. Leavey Manufacturing, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-00173-5**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 26, 2018**         X **/s/ Thomas Sciacca**
                                            Signature of individual signing on behalf of debtor

                                            **Thomas Sciacca**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **John H. Leavey Manufacturing, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **18-00173-5**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................   $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................   $ _____ 205,366.66

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................   $ _____ 205,366.66

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____ 0.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$ _____ 636,354.72

4.   Total liabilities ........................................................................................
    Lines 2 + 3a + 3b                                           $ _____ 636,354.72

**Fill in this information to identify the case:**

Debtor name    **John H. Leavey Manufacturing, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-00173-5**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Key Bank** | **Checking** | **0518** | **$13,103.89** |
| 3.2. **First Citizens** | **Checking** | **5641** | **$11,243.40** |
| 3.3. **Paypal** | **Merchant** | **5068** | **$1,600.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$25,947.29**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Debtor    **John H. Leavey Manufacturing, Inc.**                               Case number *(if known)*  **18-00173-5**
Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **9,419.37**        -              **0.00**      = ....              **$9,419.37**
_____                    _____                    _____
face amount                                   doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                      | **$9,419.37** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **Part 4:** | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Inventory list filed as supplement to Schedules;** **Value estimated** | | **$0.00** | | **$165,000.00** |

23.    **Total of Part 5.**                                                      | **$165,000.00** |
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value          **0**   Valuation method _____   Current Value          **0**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **John H. Leavey Manufacturing, Inc.** | Case number *(If known)* | **18-00173-5** |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** **Office Furniture and Equipment** | **$0.00** | **Liquidation** | **$4,000.00** |

| 40. | **Office fixtures** |
|---|---|

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86.                                **$4,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Forklift Barrett Serial No. 31-77401** | **$0.00** | **Liquidation** | **$500.00** |
|---|---|---|---|---|

| Debtor | **John H. Leavey Manufacturing, Inc.** | Case number *(If known)* | **18-00173-5** |
|---|---|---|---|
| | Name | | |

| Pallet Stacker Uline Serial No. 25141100299 | $0.00 | Liquidation | $500.00 |
|---|---|---|---|

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $1,000.00 |
|---|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** <br> **2 Copyrights** | $0.00 | | $0.00 |
| 61. | **Internet domain names and websites** <br> **See attached Exhibit A** | $0.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** <br> **Customer List** | $0.00 | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** <br> **Business Reputation** | $0.00 | | Unknown |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **John H. Leavey Manufacturing, Inc.** | Case number *(If known)* **18-00173-5** |
|---|---|---|
| | Name | |

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

        ■ No

        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

        ■ No

        ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.

    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **John H. Leavey Manufacturing, Inc.**
Name

Case number *(If known)* **18-00173-5**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,947.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $9,419.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $165,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $205,366.66 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $205,366.66 |

| Domain Name | Expires | Status | Auto-Renew | Lock | Privacy | Certified Domain |
|---|---|---|---|---|---|---|
| 1SURVIVAL.COM | 6/23/2018 | Active | on | on | off | |
| 360beltcom.com | 6/25/2018 | Active | on | on | off | |
| 3DAYKIT.COM | 4/3/2018 | Active | on | on | off | |
| 550PARACORDBRACELET.COM | 3/23/2019 | Active | on | on | off | |
| ACRTOOLS.COM | 5/9/2019 | Active | on | on | off | |
| AIRFORCESURVIVALSTORIES.COM | 5/13/2018 | Active | on | on | off | |
| ALISIASCIACCA.COM | 4/3/2018 | Active | on | on | off | |
| allinonebelt.com | 6/25/2018 | Active | on | on | off | |
| ALLNATURALSURVIVAL.COM | 9/14/2018 | Active | on | on | off | |
| ALWAYSGO.CAMP | 4/21/2018 | Active | on | on | off | |
| ALWAYSGOCAMP.COM | 4/21/2018 | Active | on | on | off | |
| alwayspreppin.com | 3/27/2018 | Active | on | on | off | |
| AMERICANFOODSUPPLY.COM | 9/19/2018 | Active | on | on | off | |
| AMERICANMADEPRODUCTLIST.COM | 6/16/2018 | Active | on | on | off | |
| AMERICANMADESITE.COM | 5/7/2019 | Active | on | on | off | |
| AMERICANMADESURVIVAL.COM | 5/7/2019 | Active | on | on | off | |
| AMERICASCONSUMABLES.COM | 6/11/2018 | Active | on | on | off | |
| AMERICASLABSUPPLY.COM | 6/16/2018 | Active | on | on | off | |
| ANIMALANTIBIOTICS.COM | 12/11/2018 | Active | on | on | off | |
| ANIMALSNARE.COM | 11/29/2018 | Active | on | on | off | |
| ARMYSURVIVALSTORIES.COM | 5/13/2018 | Active | on | on | off | |
| BAR-MA.COM | 2/27/2019 | Active | on | on | off | |
| BARMACLUB.COM | 2/27/2019 | Active | on | on | off | |
| BDU-SUPPLY.COM | 4/30/2018 | Active | on | on | off | |
| BEEFYSINGLES.COM | 4/26/2019 | Active | on | on | off | |
| BESTAMERICANMADE.COM | 5/7/2019 | Active | on | on | off | |
| BESTOFSURVIVAL.COM | 12/18/2018 | Active | on | on | off | |
| BLACKPARACORD.COM | 3/23/2019 | Active | on | on | off | |
| BONBONSEXY.COM | 3/22/2019 | Active | on | on | off | |
| BOOBIESONBOARD.COM | 10/11/2018 | Active | on | on | off | |
| BOOBIESONBOARD.INFO | 10/11/2018 | Active | on | on | off | |
| BOOBIESONBOARD.NET | 10/11/2018 | Active | on | on | off | |
| BOOBIESONBOARD.ORG | 10/11/2018 | Active | on | on | off | |
| BOOBIEZONBOARD.COM | 10/11/2018 | Active | on | on | off | |
| BOOBIEZONBOARD.INFO | 10/12/2018 | Active | on | on | off | |
| BOOBIEZONBOARD.NET | 10/11/2018 | Active | on | on | off | |
| BOOBIEZONBOARD.ORG | 10/12/2018 | Active | on | on | off | |
| BOOBYSONBOARD.COM | 10/11/2018 | Active | on | on | off | |
| BOOBYSONBOARD.INFO | 10/12/2018 | Active | on | on | off | |
| BOOBYSONBOARD.NET | 10/11/2018 | Active | on | on | off | |
| BOOBYSONBOARD.ORG | 10/12/2018 | Active | on | on | off | |

| | | | | | |
|---|---|---|---|---|---|
| BRAIDING550CORD.COM | 4/26/2018 | Active | on | on | off |
| BUCKLEMONKEY.COM | 7/19/2018 | Active | on | on | off |
| BULKPARACORD.COM | 4/26/2018 | Active | on | on | off |
| BUSHCRAFT.TRADE | 10/13/2019 | Active | on | on | off |
| BUSHCRAFTCHAT.COM | 2/2/2019 | Active | on | on | off |
| BUSHCRAFTOUTDOORS.COM | 2/2/2019 | Active | on | on | off |
| BUSHCRAFTSINGLES.COM | 4/26/2019 | Active | on | on | off |
| BUSHCRAFTY.COM | 2/2/2019 | Active | on | on | off |
| BUY-POTASSIUM-IODIDE.COM | 10/6/2018 | Active | on | on | off |
| BUY550.COM | 4/26/2018 | Active | on | on | off |
| BUY550CORD.COM | 4/26/2018 | Active | on | on | off |
| BUYFIRESTARTERS.COM | 3/15/2019 | Active | on | on | off |
| BUYFISHMEDS.COM | 6/6/2018 | Active | on | on | off |
| BUYLOCALHONEYNOW.COM | 10/27/2018 | Active | on | on | off |
| BUYMRES.COM | 2/7/2019 | Active | on | on | off |
| BUYOUTDOORAPPAREL.COM | 10/21/2018 | Active | on | on | off |
| BUYPARACORD.COM | 4/22/2018 | Active | on | on | off |
| BUYPOTASSIUMIODATE.COM | 2/7/2019 | Active | on | on | off |
| BUYPOTASSIUMIODIDE.COM | 2/7/2019 | Active | on | on | off |
| BUYSURVIVALSTUFF.COM | 11/28/2018 | Active | on | on | off |
| CALASTROPHE.COM | 7/2/2018 | Active | on | on | off |
| CAMPING-SURVIVAL.NET | 7/9/2018 | Active | on | on | off |
| CAMPING-SURVIVAL.US | 7/8/2018 | Active | on | on | off |
| CAMPINGGEAR.SUPPLY | 5/4/2018 | Active | on | on | off |
| CAMPINGGEAR.WORLD | 5/4/2018 | Active | on | on | off |
| CAMPINGGEARWORLD.COM | 5/4/2018 | Active | on | on | off |
| CAMPINGGEARWORLD.INFO | 5/4/2018 | Active | on | on | off |
| CAMPINGGEARWORLD.NET | 5/4/2018 | Active | on | on | off |
| CAMPINGGEARWORLD.ORG | 5/4/2018 | Active | on | on | off |
| CAMPINGPORN.COM | 7/3/2019 | Active | on | on | off |
| CAMPINGSURVIVAL-AFFILIATE.COM | 3/19/2019 | Active | on | on | off |
| CAMPINGSURVIVAL.BIZ | 5/19/2019 | Active | on | on | off |
| CAMPINGSURVIVAL.CLUB | 6/15/2020 | Active | on | on | off |
| CAMPINGSURVIVAL.CO | 6/14/2018 | Active | on | on | off |
| CAMPINGSURVIVAL.COM | 11/30/2018 | Active | on | on | off |
| CAMPINGSURVIVAL.COM.MX | 6/15/2018 | Active | on | on | off |
| CAMPINGSURVIVAL.EQUIPMENT | 2/12/2019 | Active | on | on | off |
| CAMPINGSURVIVAL.INFO | 4/3/2018 | Active | on | on | off |
| CAMPINGSURVIVAL.ME | 6/15/2018 | Active | on | on | off |
| CAMPINGSURVIVAL.MOBI | 3/18/2019 | Active | on | on | off |
| CAMPINGSURVIVAL.MX | 6/15/2018 | Active | on | on | off |
| CAMPINGSURVIVAL.NET | 4/3/2018 | Active | on | on | off |
| CAMPINGSURVIVAL.ORG | 4/3/2018 | Active | on | on | off |
| CAMPINGSURVIVAL.TV | 6/15/2018 | Active | on | on | off |
| CAMPINGSURVIVAL.US | 7/2/2018 | Active | on | on | off |

| | | | | | |
|---|---|---|---|---|---|
| CAMPINGSURVIVAL.WORLD | 5/4/2018 | Active | on | on | off |
| CAMPINGSURVIVAL.WS | 5/20/2019 | Active | on | on | off |
| CAMPINGSURVIVALBLOG.COM | 5/20/2019 | Active | on | on | off |
| CAMPINGSURVIVALCHALLENGE.COM | 4/28/2019 | Active | on | on | off |
| CAMPINGSURVIVALCOOKBOOK.COM | 9/5/2018 | Active | on | on | off |
| campingsurvivaldeals.com | 9/17/2018 | Active | on | on | off |
| campingsurvivalfood.com | 6/20/2018 | Active | on | on | off |
| CAMPINGSURVIVALFORUM.COM | 11/11/2018 | Active | on | on | off |
| CAMPINGSURVIVALGUIDE.COM | 6/19/2018 | Active | on | on | off |
| CAMPINGSURVIVALKIDS.COM | 5/2/2018 | Active | on | on | off |
| CAMPINGSURVIVALMEXICO.COM | 6/15/2018 | Active | on | on | off |
| CAMPINGSURVIVALONLINE.COM | 5/20/2019 | Active | on | on | off |
| CAMPINGSURVIVALPETS.COM | 5/21/2018 | Active | on | on | off |
| CAMPINGSURVIVALPICS.COM | 6/25/2018 | Active | on | on | off |
| CAMPINGSURVIVALRECIPES.COM | 9/12/2022 | Active | on | on | off |
| CAMPINGSURVIVALREVIEWS.COM | 4/26/2018 | Active | on | on | off |
| CAMPINGSURVIVALSCOUT.COM | 4/28/2018 | Active | on | on | off |
| CAMPINGSURVIVALSCOUTS.COM | 4/28/2018 | Active | on | on | off |
| CAMPINGSURVIVALSENIORBLOG.COM | 5/3/2018 | Active | on | on | off |
| CAMPINGSURVIVALSENIORS.COM | 5/3/2018 | Active | on | on | off |
| CAMPINGSURVIVALSENIORSBLOG.COM | 5/3/2018 | Active | on | on | off |
| CAMPINGSURVIVALSHOP.COM | 5/20/2019 | Active | on | on | off |
| CAMPINGSURVIVALSITE.COM | 5/20/2019 | Active | on | on | off |
| CAMPINGSURVIVALSTORE.COM | 5/20/2019 | Active | on | on | off |
| CAMPINGSURVIVALTEEN.COM | 11/11/2018 | Active | on | on | off |
| CAMPINGSURVIVALTEENS.COM | 11/11/2018 | Active | on | on | off |
| CAMPINGSURVIVALVIDEOS.COM | 6/23/2018 | Active | on | on | off |
| CAMPINGSURVIVALWOMAN.COM | 5/2/2018 | Active | on | on | off |
| CAMPINGSURVIVALWOMANBLOG.COM | 5/2/2018 | Active | on | on | off |
| CAMPINGSURVIVALWOMEN.COM | 5/2/2018 | Active | on | on | off |
| CAMPINGSURVIVALWOMENBLOG.COM | 5/2/2018 | Active | on | on | off |
| cancersend.com | 12/9/2018 | Active | on | on | off |
| CAPTAINCREATION.COM | 10/24/2018 | Active | on | on | off |
| CAPTAINCREATION.ORG | 10/24/2018 | Active | on | on | off |
| cattlestrophic.com | 6/25/2018 | Active | on | on | off |
| CELLSINGLES.COM | 4/26/2019 | Active | on | on | off |
| CLEARSKYLABSUPPLIES.COM | 8/3/2018 | Active | on | on | off |
| COASTGUARDSURVIVALSTORIES.COM | 5/13/2018 | Active | on | on | off |
| COGHLANS-GEAR.COM | 4/30/2018 | Active | on | on | off |
| COGHLANSCAMPINGGEAR.COM | 3/25/2019 | Active | on | on | off |
| CONDEMSATION.COM | 10/15/2018 | Active | on | on | off |
| CRUSHAWARE.COM | 6/16/2018 | Active | on | on | off |
| (minor child's name) .COM | 4/3/2018 | Active | on | on | off |
| DICKDEPARTMENT.COM | 7/27/2018 | Active | on | on | off |
| DIGITALBATTERYTV.COM | 6/19/2018 | Active | on | on | off |

| Domain | Date | Status | | | |
|---|---|---|---|---|---|
| DIRTPROJECTS.COM | 5/18/2021 | Active | on | on | off |
| DIRTTIMEREVIEWS.COM | 1/30/2019 | Active | on | on | off |
| DIRTTIMESINGLES.COM | 4/26/2019 | Active | on | on | off |
| DISASTEROUTLET.COM | 4/3/2018 | Active | on | on | off |
| DISCOUNTEDPARACORD.COM | 4/26/2018 | Active | on | on | off |
| DOMINICSCIACCA.COM | 4/3/2018 | Active | on | on | off |
| DUFFLESPACKSBAGS.COM | 4/20/2018 | Active | on | on | off |
| EDIBLEPLANTBOOK.COM | 8/3/2018 | Active | on | on | off |
| EDIBLEPLANTSGUIDE.COM | 8/3/2018 | Active | on | on | off |
| EDIBLEPLANTWALKS.COM | 5/16/2021 | Active | on | on | off |
| EMERGENCY-RADIOS.COM | 11/24/2018 | Active | on | on | off |
| EMERGENCYDENTALKITS.COM | 1/14/2019 | Active | on | on | off |
| EMERGENCYSOLARRADIOS.COM | 11/24/2018 | Active | on | on | off |
| FAMILYPETPREPAREDNESS.COM | 6/1/2018 | Active | on | on | off |
| FAMILYPREPAREDNESSBLOG.COM | 1/6/2019 | Active | on | on | off |
| feedcancer.com | 12/9/2018 | Active | on | on | off |
| feedthec.com | 12/9/2018 | Active | on | on | off |
| FERROCERIUMRODS.COM | 9/23/2018 | Active | on | on | off |
| FERROCIUM.COM | 9/23/2018 | Active | on | on | off |
| ferrodust.com | 12/8/2018 | Active | on | on | off |
| ferrodust.info | 12/9/2018 | Active | on | on | off |
| ferrodust.org | 12/9/2018 | Active | on | on | off |
| ferroring.com | 11/17/2018 | Active | on | on | off |
| FIRE-PISTON.COM | 10/14/2018 | Active | on | on | off |
| firegami.com | 10/13/2018 | Active | on | on | off |
| FIRSTAIDPREP.COM | 6/13/2018 | Active | on | on | off |
| FISH-MEDS.COM | 6/4/2018 | Active | on | on | off |
| FISH-MOX.COM | 6/6/2018 | Active | on | on | off |
| FISHANDBIRDANTIBIOTICS.COM | 12/11/2018 | Active | on | on | off |
| flashbackcandy.com | 9/2/2018 | Active | on | on | off |
| FLINTSURVIVALSQUIRREL.COM | 8/14/2018 | Active | on | on | off |
| foilgami.com | 10/13/2018 | Active | on | on | off |
| FOLDABLEPOCKETCOOKER.COM | 3/23/2018 | Active | on | on | off |
| FORESTSKUNK.COM | 6/4/2018 | Active | on | on | off |
| fratagucci.clothing | 3/11/2019 | Active | on | on | off |
| fratagucci.com | 3/9/2019 | Active | on | on | off |
| fratagucci.online | 3/11/2019 | Active | on | on | off |
| fratagucci.shoes | 3/11/2019 | Active | on | on | off |
| FRATSINGLES.COM | 4/26/2019 | Active | on | on | off |
| frattagucci.com | 12/4/2018 | Active | on | on | on |
| FREECAMPINGSURVIVAL.COM | 5/20/2019 | Active | on | on | off |
| FREEHVACTOOLS.COM | 12/13/2019 | Active | on | on | off |
| FREESHIPPINGGEAR.COM | 3/26/2018 | Active | on | on | off |
| FREESHIPPINGSURVIVAL.COM | 6/24/2018 | Active | on | on | off |
| frugalknifebuyer.com | 12/3/2018 | Active | on | on | off |

| | | | | | |
|---|---|---|---|---|---|
| frugalknifebuying.com | 12/3/2018 | Active | on | on | off |
| frugalknives.com | 12/3/2018 | Active | on | on | off |
| FUTUREESSENTIALSFOOD.COM | 9/12/2018 | Active | on | on | off |
| GASTOOL.COM | 7/3/2018 | Active | on | on | off |
| GENUINEALICEPACKS.COM | 4/3/2018 | Active | on | on | off |
| GETLIFESTRAWS.COM | 6/13/2018 | Active | on | on | off |
| GETOUTSIDE.SUPPLY | 5/4/2018 | Active | on | on | off |
| goodements.com | 12/8/2018 | Active | on | on | off |
| GRANDMABROWNSBAKEDBEANS.COM | 5/29/2018 | Active | on | on | off |
| GROCERIESAPPEAR.COM | 6/11/2018 | Active | on | on | off |
| GROCERIESEASY.COM | 6/11/2018 | Active | on | on | off |
| GROCERYDEALSDELIVERED.COM | 6/11/2018 | Active | on | on | off |
| GROCERYISLAND.COM | 6/11/2018 | Active | on | on | off |
| GROCERYPREPS.COM | 6/11/2018 | Active | on | on | off |
| GROUNDGROCERIES.COM | 6/11/2018 | Active | on | on | off |
| HAPPENINGTODAYIN.COM | 2/10/2019 | Active | on | on | off |
| HEAL.FISH | 7/24/2018 | Active | on | on | off |
| HOMESTEADINGGEAR.COM | 2/2/2019 | Active | on | on | off |
| HOMESTEADINGIDEAS.COM | 2/2/2019 | Active | on | on | off |
| HOURTINI.COM | 5/3/2018 | Active | on | on | off |
| HOWTOBRAID550CORD.COM | 4/26/2018 | Active | on | on | off |
| HVAC-SHOP.COM | 2/24/2019 | Active | on | on | off |
| HVAC-TOOLS.COM | 2/24/2019 | Active | on | on | off |
| HVACINSTRUMENTS.COM | 3/11/2019 | Active | on | on | off |
| HVACMEASURE.COM | 5/9/2019 | Active | on | on | off |
| HVACRTOOL.COM | 3/28/2018 | Active | on | on | off |
| HVACTOOL.BIZ | 9/12/2018 | Active | on | on | off |
| HVACTOOL.CO | 1/2/2019 | Active | on | on | off |
| HVACTOOL.COM | 4/30/2024 | Active | on | on | off |
| HVACTOOL.EQUIPMENT | 2/12/2019 | Active | on | on | off |
| HVACTOOL.INFO | 12/25/2018 | Active | on | on | off |
| HVACTOOL.ME | 9/13/2018 | Active | on | on | off |
| HVACTOOL.MOBI | 9/13/2018 | Active | on | on | off |
| HVACTOOL.MX | 9/13/2018 | Active | on | on | off |
| HVACTOOL.NET | 3/11/2019 | Active | on | on | off |
| HVACTOOL.ORG | 1/3/2019 | Active | on | on | off |
| HVACTOOL.TV | 9/12/2018 | Active | on | on | off |
| HVACTOOL.US | 9/12/2018 | Active | on | on | off |
| HVACTOOL.WS | 9/13/2018 | Active | on | on | off |
| HVACTOOLS.BIZ | 5/8/2019 | Active | on | on | off |
| HVACTOOLS.CC | 9/12/2018 | Active | on | on | off |
| HVACTOOLS.INFO | 5/9/2019 | Active | on | on | off |
| HVACTOOLS.ME | 9/13/2018 | Active | on | on | off |
| HVACTOOLS.MOBI | 3/18/2019 | Active | on | on | off |
| HVACTOOLS.ORG | 5/9/2019 | Active | on | on | off |

| | | | | | |
|---|---|---|---|---|---|
| HVACTOOLS.TV | 9/12/2018 | Active | on | on | off |
| HVACTOOLS.WS | 9/13/2018 | Active | on | on | off |
| IMARRIEDAPREPPER.COM | 5/4/2018 | Active | on | on | off |
| INDUSTRIALCONSUMABLES.COM | 6/11/2018 | Active | on | on | off |
| inmybelt.com | 6/25/2018 | Active | on | on | off |
| INSTOCKPARACORD.COM | 4/26/2018 | Active | on | on | off |
| jhlauctions.com | 10/6/2018 | Active | on | on | off |
| jhlcompanies.com | 10/6/2018 | Active | on | on | off |
| JHLDISTRIBUTING.COM | 10/10/2018 | Active | on | on | off |
| JHLDISTRIBUTING.INFO | 10/10/2018 | Active | on | on | off |
| JHLDISTRIBUTING.NET | 10/10/2018 | Active | on | on | off |
| JHLDISTRIBUTING.ORG | 10/10/2018 | Active | on | on | off |
| JHLEAVEY.COM | 4/28/2018 | Active | on | on | off |
| JHLSUPPLY.BIZ | 10/20/2018 | Active | on | on | off |
| JHLSUPPLY.COM | 7/26/2018 | Active | on | on | off |
| JHLSUPPLY.INFO | 10/21/2018 | Active | on | on | off |
| JHLSUPPLY.NET | 10/21/2018 | Active | on | on | off |
| JHLSUPPLY.ORG | 10/21/2018 | Active | on | on | off |
| JHLSUPPLYREMOTE.COM | 7/3/2018 | Active | on | on | off |
| jhltool.com | 11/13/2018 | Active | on | on | off |
| jhltools.com | 11/13/2018 | Active | on | on | off |
| JUICYHAND.COM | 12/16/2018 | Active | on | on | off |
| kevlarbelt.com | 6/25/2018 | Active | on | on | off |
| KFMKIT.COM | 4/3/2018 | Active | on | on | off |
| LABCONSUMABLES.BIZ | 6/10/2018 | Active | on | on | off |
| LABCONSUMABLES.US | 6/10/2018 | Active | on | on | off |
| LABTUBES.COM | 6/11/2018 | Active | on | on | off |
| LATINAMERICALABSUPPLIES.COM | 6/16/2018 | Active | on | on | off |
| LATINAMERICANSURVIVALGEAR.COM | 6/15/2018 | Active | on | on | off |
| LATINAMERICASBEST.COM | 6/10/2018 | Active | on | on | off |
| LINGERIEMADNESS.COM | 7/7/2018 | Active | on | on | off |
| LOCALHONEYSUPPLIER.COM | 10/27/2018 | Active | on | on | off |
| LOCATEHONEY.COM | 10/27/2018 | Active | on | on | off |
| MAGNESIUMFIRESTARTERS.COM | 3/18/2019 | Active | on | on | off |
| MAKE550CORDBRACELET.COM | 4/26/2018 | Active | on | on | off |
| MAKEPARACORDBRACELET.COM | 4/26/2018 | Active | on | on | off |
| MARINESURVIVALSTORIES.COM | 5/13/2018 | Active | on | on | off |
| MILITARYINSTRUMENTS.COM | 4/20/2018 | Active | on | on | off |
| MILITARYMRESALE.COM | 6/19/2018 | Active | on | on | off |
| MILITARYOUTDOORGEAR.COM | 4/20/2018 | Active | on | on | off |
| MILITARYPARACORDS.COM | 3/23/2019 | Active | on | on | off |
| MILSPECPARACORD.COM | 4/26/2018 | Active | on | on | off |
| missionariesposition.com | 11/10/2018 | Active | on | on | off |
| MORMONZOMBIES.COM | 5/4/2018 | Active | on | on | off |
| MOSTUNINTERESTINGMAN.COM | 4/23/2018 | Active | on | on | off |

| | | | | | |
|---|---|---|---|---|---|
| MRESURVIVAL.COM | 12/1/2018 | Active | on | on | off |
| MY-UCM.CO | 10/6/2018 | Active | on | on | off |
| MY-UCM.COM | 10/7/2018 | Active | on | on | off |
| MY-UCM.INFO | 10/7/2018 | Active | on | on | off |
| MY-UCM.NET | 10/7/2018 | Active | on | on | off |
| MY-UCM.ORG | 10/7/2018 | Active | on | on | off |
| MYBAGGER.COM | 6/11/2018 | Active | on | on | off |
| MYBUSHCRAFT.COM | 2/2/2019 | Active | on | on | off |
| MYCAMPINGSURVIVAL.COM | 5/20/2019 | Active | on | on | off |
| MYDIRTTIME.COM | 10/13/2018 | Active | on | on | off |
| nastymae.com | 9/7/2018 | Active | on | on | off |
| NAVYSURVIVALSTORIES.COM | 5/13/2018 | Active | on | on | off |
| NEWAMERICANMADE.COM | 5/7/2019 | Active | on | on | off |
| NEWCAMPINGSURVIVAL.COM | 5/20/2019 | Active | on | on | off |
| NEWSILVERWATER.COM | 5/5/2019 | Active | on | on | off |
| NEWSNARE.COM | 11/29/2018 | Active | on | on | off |
| NOTSURVIVALFOOD.COM | 10/11/2018 | Active | on | on | off |
| NYLONPARACORD.COM | 4/26/2018 | Active | on | on | off |
| ODPARACORD.COM | 3/23/2018 | Active | on | on | off |
| onlybelt.com | 6/25/2018 | Active | on | on | off |
| OUTDOORSURVIVALSTORIES.COM | 1/24/2019 | Active | on | on | off |
| OUTRAGEOUSINFLATABLES.COM | 8/17/2018 | Active | on | on | off |
| PAIRADICECITY.COM | 2/1/2019 | Active | on | on | off |
| PAIROFDICECITY.COM | 2/1/2019 | Active | on | on | off |
| PARACHORDBRACELET.COM | 4/26/2018 | Active | on | on | off |
| PARACHUTEBRACELETS.COM | 4/26/2018 | Active | on | on | off |
| PARACORD.MOBI | 6/15/2018 | Active | on | on | off |
| PARACORD.MX | 6/15/2018 | Active | on | on | off |
| PARACORDBRACELETHOWTO.COM | 4/26/2018 | Active | on | on | off |
| PARACORDBRACLETS.COM | 4/26/2018 | Active | on | on | off |
| PARACORDJEWELRY.COM | 4/26/2018 | Active | on | on | off |
| PARACORDKING.COM | 5/3/2021 | Active | on | on | off |
| PARACORDKINGS.COM | 6/13/2021 | Active | on | on | off |
| PARACORDMANUFACTURER.COM | 4/26/2018 | Active | on | on | off |
| PARACORDSHOELACES.COM | 3/23/2018 | Active | on | on | off |
| PARACORDSITE.COM | 3/23/2019 | Active | on | on | off |
| pcparts.zone | 9/23/2018 | Active | on | on | off |
| PERSONALBAGGER.COM | 6/11/2018 | Active | on | on | off |
| PHALLIXGLASSTOYS.COM | 6/25/2018 | Active | on | on | off |
| POISEYIVYCOM.COM | 5/25/2018 | Active | on | on | off |
| POLYESTERPARACORD.COM | 4/26/2018 | Active | on | on | off |
| POLYGAMYSURVIVAL.COM | 5/4/2018 | Active | on | on | off |
| POTASSIUMPILLS.COM | 2/7/2019 | Active | on | on | off |
| POTASSIUMTABS.COM | 10/6/2018 | Active | on | on | off |
| POTOMACMASK.COM | 4/3/2018 | Active | on | on | off |

| | | | | | |
|---|---|---|---|---|---|
| PRE1965SILVER.COM | 1/30/2019 | Active | on | on | off |
| PRE1965SILVERCOINS.COM | 1/30/2019 | Active | on | on | off |
| PREPAREDNESSCHRISTMASGIFTS.COM | 9/25/2018 | Active | on | on | off |
| PREPAREDNESSFORDISASTER.COM | 3/23/2018 | Active | on | on | off |
| PREPAREDNESSQUOTES.COM | 3/23/2019 | Active | on | on | off |
| PREPAREDNESSSINGLES.COM | 4/26/2019 | Active | on | on | off |
| PREPAREDSENIOR.COM | 7/31/2018 | Active | on | on | off |
| PREPAREDSINGLES.COM | 6/1/2018 | Active | on | on | off |
| PREPPYTHESQUIRREL.COM | 5/22/2018 | Active | on | on | off |
| PREPSEEDS.COM | 3/23/2019 | Active | on | on | off |
| PURCHASELOCALHONEY.COM | 10/27/2018 | Active | on | on | off |
| RADIOWITHTV.COM | 6/19/2018 | Active | on | on | off |
| RALEIGHNETWORKERS.COM | 9/12/2018 | Active | on | on | off |
| RALEIGHNETWORKERS.ORG | 9/12/2018 | Active | on | on | off |
| RAMBETTE.COM | 6/4/2018 | Active | on | on | off |
| RDNETWORKERS.COM | 9/12/2018 | Active | on | on | off |
| RDNETWORKERS.ORG | 9/12/2018 | Active | on | on | off |
| REALCANNEDBACON.COM | 3/23/2018 | Active | on | on | off |
| RESALEPARACORD.COM | 4/26/2018 | Active | on | on | off |
| ROOTPULLER.COM | 5/22/2018 | Active | on | on | off |
| ROTHCOGEAR.COM | 4/29/2019 | Active | on | on | off |
| RUSSIANSURPLUS.COM | 6/11/2018 | Active | on | on | off |
| SALTNPREPPA.COM | 5/4/2018 | Active | on | on | off |
| SANDBAGSALE.COM | 6/24/2018 | Active | on | on | off |
| SCIACCAFAMILY.COM | 4/3/2018 | Active | on | on | off |
| SENIORPREPAREDNESS.COM | 6/1/2018 | Active | on | on | off |
| servicemansfriend.com | 1/28/2019 | Active | on | on | off |
| SHIPLOCALHONEY.COM | 10/27/2018 | Active | on | on | off |
| shockanovelties.com | 1/4/2019 | Active | on | on | off |
| SHTFMODE.COM | 5/23/2018 | Active | on | on | off |
| SILVERPROBIOTICS.COM | 5/5/2019 | Active | on | on | off |
| SILVERSOLUTIONASAP.COM | 5/5/2019 | Active | on | on | off |
| SOCIALMEDIAGARAGESALE.COM | 5/12/2018 | Active | on | on | off |
| SOCIALMEDIAGARAGESALE.INFO | 5/13/2018 | Active | on | on | off |
| SOCIALMEDIAGARAGESALE.NET | 5/12/2018 | Active | on | on | off |
| SOCIALMEDIAGARAGESALE.ORG | 5/13/2018 | Active | on | on | off |
| solargammi.com | 10/13/2018 | Active | on | on | off |
| SOLIDIFIEDTHOUGHTS.COM | 10/10/2018 | Active | on | on | off |
| SOLIDIFIEDTHOUGHTS.ORG | 10/10/2018 | Active | on | on | off |
| SPEEDOFTOM.COM | 11/26/2018 | Active | on | on | off |
| stateperks.com | 9/16/2018 | Active | on | on | off |
| STERNOCAMPSTOVE.COM | 6/19/2018 | Active | on | on | off |
| SUPPLYHVAC.COM | 2/24/2019 | Active | on | on | off |
| surplusholsters.com | 5/3/2018 | Active | on | on | off |
| SURVIVAL.MX | 6/15/2018 | Active | on | on | off |

| | | | | | |
|---|---|---|---|---|---|
| SURVIVAL.TRADE | 10/13/2019 | Active | on | on | off |
| SURVIVALBRAID.COM | 9/27/2018 | Active | off | on | off |
| SURVIVALCAMPING.COM | 11/4/2018 | Active | | on | off |
| SURVIVALCARDS.COM | 4/3/2018 | Active | on | on | off |
| SURVIVALCHAT.COM | 4/3/2018 | Active | on | on | off |
| SURVIVALFIRESTARTING.COM | 5/20/2019 | Active | on | on | off |
| SURVIVALFOOD.MX | 6/15/2018 | Active | on | on | off |
| SURVIVALGEAR.MX | 6/15/2018 | Active | on | on | off |
| SURVIVALGEARFORSALE.COM | 6/19/2018 | Active | on | on | off |
| SURVIVALKITINEVERYSTRAND.COM | 4/9/2018 | Active | on | on | off |
| SURVIVALKITS.MX | 6/15/2018 | Active | on | on | off |
| SURVIVALKITTY.COM | 5/22/2018 | Active | on | on | off |
| SURVIVALMONEY.COM | 4/3/2018 | Active | on | on | off |
| SURVIVALPROJECT.INFO | 3/23/2018 | Active | on | on | off |
| SURVIVALSANTA.COM | 5/22/2018 | Active | on | on | off |
| SURVIVALSENIORS.COM | 5/3/2018 | Active | on | on | off |
| SURVIVALSMITHING.COM | 12/8/2018 | Active | on | on | off |
| survivalsnacks.com | 2/8/2019 | Active | on | on | off |
| SURVIVALSNARE.COM | 11/29/2018 | Active | on | on | off |
| SURVIVALSPIDER.COM | 5/8/2018 | Active | on | on | off |
| SURVIVALSQUIRREL.BIZ | 8/14/2018 | Active | on | on | off |
| SURVIVALSQUIRREL.COM | 5/16/2018 | Active | on | on | off |
| SURVIVALWOMAN.COM | 5/22/2018 | Active | on | on | off |
| SURVIVETODAY.COM | 11/28/2018 | Active | on | on | off |
| SURVIVORDOG.COM | 5/6/2019 | Active | on | on | off |
| SWAPBLANKET.COM | 8/9/2018 | Active | on | on | off |
| TEOTWAWKIDEALS.COM | 6/6/2018 | Active | on | on | off |
| TEOTWAWKIMODE.COM | 5/23/2018 | Active | on | on | off |
| TEOTWAWKITIME.COM | 6/6/2018 | Active | on | on | off |
| THECAMPINGSURVIVAL.COM | 5/20/2019 | Active | on | on | off |
| theservicemansfriend.com | 1/28/2019 | Active | on | on | off |
| THESURVIVALFACTORY.COM | 4/11/2018 | Active | on | on | off |
| thickbelt.com | 6/25/2018 | Active | on | on | off |
| TOMMYPEANUTS.COM | 2/9/2019 | Active | on | on | off |
| TOMMYPOCKETS.COM | 12/12/2018 | Active | on | on | off |
| tomorrowsunderground.com | 6/7/2018 | Active | on | on | off |
| TOMSCIACCA.COM | 10/13/2018 | Active | on | on | off |
| tomsjewels.com | 10/30/2018 | Active | on | on | off |
| TOMSMAG.COM | 6/25/2018 | Active | on | on | off |
| TOMSNUTHOUSE.COM | 6/25/2018 | Active | on | on | off |
| TOMSSURVIVALBLOG.COM | 6/25/2018 | Active | on | on | off |
| TOMSWHAT.COM | 6/25/2018 | Active | on | on | off |
| TOMTAKES.COM | 6/25/2018 | Active | on | on | off |
| TOOLISLAND.COM | 4/4/2018 | Active | on | on | off |
| TRIANGLEJEEP.CLUB | 6/15/2018 | Active | on | on | off |

| | | | | | |
|---|---|---|---|---|---|
| TRIANGLEJEEP.ORG | 6/16/2018 | Active | on | on | off |
| U-COMM.BIZ | 10/10/2018 | Active | on | on | off |
| U-COMM.CO | 10/10/2018 | Active | on | on | off |
| UCOMM.BIZ | 10/10/2018 | Active | on | on | off |
| UNIVERSALCOMMERCEMANAGER.COM | 10/7/2018 | Active | on | on | off |
| UNIVERSALCOMMERCEMANAGER.INFO | 10/7/2018 | Active | on | on | off |
| UNIVERSALCOMMERCEMANAGER.NET | 10/7/2018 | Active | on | on | off |
| UNIVERSALCOMMERCEMANAGER.ORG | 10/7/2018 | Active | on | on | off |
| UNIVERSALSUPPORTSYSTEM.COM | 10/7/2018 | Active | on | on | off |
| UNIVERSALSUPPORTSYSTEM.INFO | 10/7/2018 | Active | on | on | off |
| UNIVERSALSUPPORTSYSTEM.NET | 10/7/2018 | Active | on | on | off |
| UNIVERSALSUPPORTSYSTEM.ORG | 10/7/2018 | Active | on | on | off |
| URBANSURVIVALSTORIES.COM | 10/11/2018 | Active | on | on | off |
| usedholsters.com | 5/3/2018 | Active | on | on | off |
| usedsurvival.com | 9/17/2018 | Active | on | on | off |
| USLABCONSUMABLES.COM | 6/11/2018 | Active | on | on | off |
| USLABEQUIPMENT.COM | 6/15/2018 | Active | on | on | off |
| USLABORATORYSUPPLY.COM | 6/15/2018 | Active | on | on | off |
| USLABSUPPLY.COM | 6/15/2021 | Active | on | on | off |
| USMCSURVIVALSTORIES.COM | 5/13/2018 | Active | on | on | off |
| usperk.com | 9/16/2018 | Active | on | on | off |
| USSURVIVALSCHOOLS.COM | 7/20/2022 | Active | on | on | off |
| VEGETARIANMRE.COM | 5/6/2021 | Active | on | on | off |
| VEGETARIANMRES.COM | 5/6/2021 | Active | on | on | off |
| VETERANSURVIVALSTORIES.COM | 5/13/2018 | Active | on | on | off |
| VIALSTODAY.COM | 6/15/2018 | Active | on | on | off |
| VIBRATING-EGG.COM | 3/23/2018 | Active | on | on | off |
| waterbagbobber.com | 7/22/2018 | Active | on | on | off |
| WATERFILTER.MX | 6/15/2018 | Active | on | on | off |
| WATERPURIFICATIONTABS.COM | 6/19/2018 | Active | on | on | off |
| WEEDSDAY.COM | 10/28/2018 | Active | on | on | off |
| WESHIPGROCERIES.COM | 6/11/2018 | Active | on | on | off |
| WHAT-IS-PARACORD.COM | 5/8/2022 | Active | on | on | off |
| WHERETOGETPARACORD.COM | 5/8/2018 | Active | on | on | off |
| WHOLESALE-PARA-CORD.COM | 2/26/2019 | Active | on | on | off |
| WHOLESALEPARACORD.US | 2/25/2019 | Active | on | on | off |
| WHYBUGOUT.COM | 1/27/2019 | Active | on | on | off |
| WHYLOCALHONEY.COM | 10/27/2018 | Active | on | on | off |
| WHYPARACORD.COM | 4/26/2018 | Active | on | on | off |
| WHYPREPARE.COM | 1/27/2019 | Active | on | on | off |
| WILDERNESSSINGLES.COM | 4/26/2019 | Active | on | on | off |
| WILDERNESSSURVIVALSTORIES.COM | 1/24/2019 | Active | on | on | off |
| WORLDBUSHCRAFT.COM | 2/2/2019 | Active | on | on | off |
| YODERSCANNEDBACON.COM | 6/24/2018 | Active | on | on | off |
| YOURDUMPMYCASTLE.COM | 5/4/2018 | Active | on | on | off |

| YOURFUCKINGCRAZY.COM | 10/22/2018 | Active | on | on | off |
| ZOMBIESURVIVALCARTOON.COM | 6/1/2018 | Active | on | on | off |
| ZOMBIESURVIVALCHAT.COM | 6/1/2018 | Active | on | on | off |
| ZOMBIESURVIVALUPDATE.COM | 6/1/2018 | Active | on | on | off |

Close Window

Copyright © 1999 - 2018 GoDaddy Operating Company, LLC. All Rights Reserved.    Privacy Policy

**Fill in this information to identify the case:**

Debtor name __John H. Leavey Manufacturing, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __18-00173-5__

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **John H. Leavey Manufacturing, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-00173-5**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| | |
|---|---|
| **Lee County Tax Collector**<br>**Attn: Manager or Agent**<br>**106 Hllcrest Drive**<br>**Sanford, NC 27330** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice purposes only** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $476.00 |

| | |
|---|---|
| **Adinol**<br>**Attn: Manager or Agent**<br>**PO Box 909**<br>**Trussville, AL 35173** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | Amount of claim |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | $157.65 |

| | |
|---|---|
| **American Outdoor Products**<br>**Attn: Manager or Agent**<br>**6350 Gunpark Drive**<br>**Boulder, CO 80301** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     40523     Best Case Bankruptcy

| Debtor | **John H. Leavey Manufacturing, Inc.** | | Case number (if known) | **18-00173-5** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,163.59

Amex
Attn: Manager or Agent
PO Box 650448
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,360.13

Amex
Attn: Manager or Agent
PO Box 65098
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00

Amex/Zwicker & Associates
Attn: Manager or Agent
80 Minuteman Rd
Andover, MA 01810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00

Anbex
Attn: Manager or AGent
1490 Quarterpath Road, Ste, 5A-36
Williamsburg, VA 23185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,736.86

Anderson & Forrester
Attn: Manager or Agent
PO Box 803836
Kansas City, MO 64180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,417.80

Automatic Airflow Balancing
Attn: Manager or Agent
1985 Carrroll Street
Clearwater, FL 33765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,468.70

Benchmade
Attn: Manager or Agent
300 Beaver Creek Rd
Oregon City, OR 97045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **John H. Leavey Manufacturing, Inc.** | | Case number *(if known)* | **18-00173-5** |
|---|---|---|---|---|

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,975.00**

**Bono Shoeneck & King, PLLC**
Attn: Manager or Agent
1 Lincoln Center
Syracuse, NY 13202

Date(s) debt was incurred __

Last 4 digits of account number  **9646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bosch Auto Service Solutions**
Attn: Manager or Agent
6301 N. W. 5th Way
Fort Lauderdale, FL 33309

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00**

**Bright I Design**
Attn: Manager or Agent
25 Ravensbrook court
Getzville, NY 14068

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,138.88**

**Capital One Visa**
Attn: Manager or Agent
PO Box 30285
Salt Lake City, UT 84136

Date(s) debt was incurred __

Last 4 digits of account number  **5788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,253.51**

**Chase Visa**
Attn: Manager or Agent
PO Box 44014
Palatine, IL 60094

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,766.73**

**Citi Visa**
Attn: Manager or Agent
PO Box 9001037
Louisville, KY 40290

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,808.08**

**Diamond Wipes International Inc.**
Attn: Manager or Agent
4651 Schaefer Avenue
Chino, CA 91710

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **John H. Leavey Manufacturing, Inc.** | Case number (if known) | **18-00173-5** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,726.05 |
|---|---|---|---|

**Discover**
Attn: Managing Agent
PO Box 6103
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  5308

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,365.00 |
|---|---|---|---|

**E.L. Wood**
Attn: Manager or Agent
PO Box 753
Marathon, NY 13803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,687.38 |
|---|---|---|---|

**Earth Easy**
Attn: Manager or Agent
605-55 E. Cordova Street
Vancover, BC V6ACA5

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,422.94 |
|---|---|---|---|

**FedEx**
Attn: Manager or Agent
3965  Airwasys Module G. 4th Flr
Memphis, TN 38116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,102.00 |
|---|---|---|---|

**Food Reserves**
Attn: Manager or Agent
110 S. Bismark Street
Concordia, MO 64020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,821.00 |
|---|---|---|---|

**Frontier Dist Co**
Attn: Manager or Agent
PO Box 22485
San Diego, CA 92192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,694.00 |
|---|---|---|---|

**G & R Foods**
Attn: Manager or Agent
PO Box 610
Reedsburg, WI 53959

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **John H. Leavey Manufacturing, Inc.** | Case number *(if known)* | **18-00173-5** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,468.64** |
|---|---|---|---|

**Gladding Braided Products**
Attn: Manager or Agent
PO Box 164
South Otselic, NY 13155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,184.59** |
|---|---|---|---|

**Guardian Survival Gear**
Attn: Manager or Agent
1119 S. Mission Road, Stre 105
Fallbrook, CA 92028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198.70** |
|---|---|---|---|

**H & H Medical**
Attn: Manager or Agent
328 McLaws Circle
Hayes, VA 23072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$894.16** |
|---|---|---|---|

**Heater Meals**
Attn: Manager or Agent
2940 Highland Avenue, Unit 210
Cincinnati, OH 45212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,048.00** |
|---|---|---|---|

**Horizon Tool**
Attn: Manager or Agent
7918 Industrial Village Road
Greensboro, NC 27409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347.04** |
|---|---|---|---|

**Hydrosorbent Dehumidifiers**
Attn: Manager or Agent
PO Box 437
Ashley Falls, MA 01222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,785.89** |
|---|---|---|---|

**Imac Systems**
Attn: Manager or Agent
PO Box 1605
Bristol, PA 19007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **John H. Leavey Manufacturing, Inc.** | Case number (if known) | **18-00173-5** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112.55**

Instafire
Attn: Manager or Agent
860 West Riverdale Road
Clearfield, UT 84016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,999.00**

Key Bank
Attn: Officer, Mg Agent, Agent
PO Box 93885
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _0518_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,435.91**

Key Bank
Attn: Officer, Mg Agent, Agent
PO Box 93885
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _0518_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,405.50**

Key Bank Mastercard
Attn: Manager or Agent
PO Box 89446
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00**

Lamar
Attn: Manager or Agent
PO Box 1837
Elizabethtown, NC 28337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,044.11**

Liberty Mountain
Attn: Manager or Agent
4375 West 1980
Salt Lake City, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _0690_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$303.00**

Luminard Lab
Attn: Manager or Agent
211 W. Wacker Dirve
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **John H. Leavey Manufacturing, Inc.** | Case number (if known) | **18-00173-5** |
|---|---|---|---|

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$98,177.63**

**M&T Bank**
**Attn: Officer, Mg Agent, Agent**
**PO Box 62146**
**Baltimore, MD 21264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$249.00**

**Majestic Drug**
**Attn: Manager or Agent**
**PO Box 490**
**South Fallsburg, NY 12779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,602.00**

**Mary Jane Farm**
**Attn: Manager or Agent**
**1000 Wld Iris Lane**
**Moscow, ID 83843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,445.19**

**Mayday Industries**
**Attn: Manager or Agent**
**15031 Goldenwest Circle**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,414.05**

**MRE Star**
**Attn: Manager or Agent**
**6411 mParkland Street, Ste 102**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,118.00**

**PayPal Credit**
**Attn: Managing Agent**
**2211 North First Street**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,940.19**

**PayPal Working Capital**
**Attn: Managing Agent**
**2211 North First Street**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **John H. Leavey Manufacturing, Inc.** | | Case number (if known) | **18-00173-5** |
|---|---|---|---|---|
| | Name | | | |

---

**3.45** Nonpriority creditor's name and mailing address

**Plumrose USA**
Attn: Manager or Agent
7 Lexington Avenue
East Brunswick, NJ 08816

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$6,049.68**

---

**3.46** Nonpriority creditor's name and mailing address

**Propper**
Attn: Manager or Agent
17 Research Park Drive
Saint Charles, MO 63304

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$115.40**

---

**3.47** Nonpriority creditor's name and mailing address

**Rothco**
Attn: Manager or Agent
3015 Veternans Memorial Highway
Ronkonkoma, NY 11779

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$12,077.98**

---

**3.48** Nonpriority creditor's name and mailing address

**Sawyer Products**
Attn: Manager or Agent
605 7th Avenue North
Safety Harbor, FL 34695

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$189.00**

---

**3.49** Nonpriority creditor's name and mailing address

**Thomas Sciacca**
3104 Valley Rush Drive
Apex, NC 27502

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.50** Nonpriority creditor's name and mailing address

**Survival Medical**
Attn: Manager or Agent
4083 East 600 N.
Rigby, ID 83442

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,121.84**

---

**3.51** Nonpriority creditor's name and mailing address

**Survivial Industries**
Attn: Manager or Agent
1621 Emerson Ave
Ventura, CA 93003

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$132.20**

---

| Debtor | **John H. Leavey Manufacturing, Inc.** | Case number (if known) | **18-00173-5** |
|---|---|---|---|
| | Name | | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113,202.00** |
|---|---|---|---|

**Swift Capital**
**Attn: Manager or Agent**
**3505 Silverside Road**
**Wilmington, DE 19810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,901.00** |
|---|---|---|---|

**Tender Corporation**
**Attn: Manager or Agent**
**5555 San Leandro Street**
**Oakland, CA 94621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,597.25** |
|---|---|---|---|

**TPI**
**Attn: Managr or Agent**
**9615 SW Allen Blvd**
**Beaverton, OR 97005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,233.43** |
|---|---|---|---|

**Uline**
**Attn: Manager or Agent**
**400 Boulder Drive**
**Allentown, PA 18106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  9136

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,186.35** |
|---|---|---|---|

**Winton Company**
**Attn: Manager or Agent**
**PO Box 36332**
**Charlotte, NC 28236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,864.19** |
|---|---|---|---|

**Wise Company**
**Attn: Manager or Agent**
**997 West 950 N., Ste 100**
**Centerville, UT 84014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$969.95** |
|---|---|---|---|

**World Gone Silent**
**Attn: Manager or Agent**
**1068 Faith Avenue SE**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **John H. Leavey Manufacturing, Inc.** | Case number (if known) | **18-00173-5** |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Worldwide Operations**
**Attn: Manager or Agent**
**12312 Port Grace Boulevard**
**La Vista, NE 68128**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **James A. Beck, PLLC**<br>**Vann Attorneys, PLLC**<br>**PO Box 2445**<br>**Raleigh, NC 27602-2445** | Line **3.52**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Celtic Bank Corporation**<br>**Attn: Officer, Mg Agent, Agent**<br>**268 South State St., Suite 300**<br>**Salt Lake City, UT 84111** | Line **3.52**<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 636,354.72 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 636,354.72 |

**Fill in this information to identify the case:**

Debtor name  **John H. Leavey Manufacturing, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **18-00173-5**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest — **Payroll processing** | |
|      State the term remaining | **ADP**<br>**Attn: Manager or Agent**<br>**10200 Sunset Drive**<br>**Miami, FL 33173** |
|      List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest — **Lease for 1000 N. Horner Blvd, Sanford, NC 27330** | |
|      State the term remaining | **Lee Builder Mart, Inc**<br>**Attn: Manager or Agent**<br>**1000 Horner Blvd**<br>**Sanford, NC 27330** |
|      List the contract number of any government contract | |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest — **Merchant services - credit card processor** | |
|      State the term remaining | **Payment Processing Consultants**<br>**Attn: Manager or Agent**<br>**67 Monroe Ave**<br>**Pittsford, NY 14534** |
|      List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **John H. Leavey Manufacturing, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-00173-5**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Thomas Sciacca** | **3104 Valley Rush Drive Apex, NC 27502** | **Swift Capital** | ☐ D _____ <br> ■ E/F __3.52__ <br> ☐ G _____ |
| 2.2 **Thomas Sciacca** | **3104 Valley Rush Drive Apex, NC 27502** | **Amex/Zwicker & Associates** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **John H. Leavey Manufacturing, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-00173-5**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $56,163.28 |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $2,074,044.91 |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $3,644,226.40 |

2. **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

---

Debtor    **John H. Leavey Manufacturing, Inc.**                                    Case number (if known)  **18-00173-5**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Eversco**<br>Attn: Manager or Agent<br>PO Box 1025<br>Rhinelander, WI 54501 | | $29,130.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **G & R Foods**<br>Attn: Manager or Agent<br>PO Box 610<br>Reedsburg, WI 53959 | | $23,514.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Gladding Braided Products**<br>Attn: Manager or Agent<br>PO Box 164<br>South Otselic, NY 13155 | | $6,497.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Lee Builder Mart, Inc**<br>Attn: Manager or Agent<br>1000 Horner Blvd<br>Sanford, NC 27330 | | $7,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.5. **Liberty Mountain**<br>Attn: Manager or Agent<br>4375 West 1980<br>Salt Lake City, UT 84104 | | $7,133.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Rothco**<br>Attn: Manager or Agent<br>3015 Veternans Memorial Highway<br>Ronkonkoma, NY 11779 | | $19,804.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Thomas Labs**<br>Attn: Manager or Agent<br>8331 W. Sherman Street<br>Tolleson, AZ 85353 | | $12,109.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **PayPal Working Capital**<br>Attn: Managing Agent<br>2211 North First Street<br>San Jose, CA 95131 | | $45,333.86 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **John H. Leavey Manufacturing, Inc.**                                    Case number *(if known)*  **18-00173-5**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.  **Swift Capital**<br>**Attn: Manager or Agent**<br>**3505 Silverside Road**<br>**Wilmington, DE 19810** | | $22,888.72 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | John H. Leavey Manufacturing, Inc. | Case number *(if known)*  **18-00173-5** |
|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Law Offices of Oliver & Cheek, PLLC PO Box 1548 New Bern, NC 28563** | **Attorney Fees** | **1/2/2018 1/9/2018** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **John H. Leavey Manufacturing, Inc.**                     Case number *(if known)*    **18-00173-5**

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **3137 Hawkins Avenue Sanford, NC 27330** | **1/2016-12/2016** |
| 14.2. **28 West 1st Street Fulton, NY 13069** | **2010-2015** |

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

| Debtor | **John H. Leavey Manufacturing, Inc.** | | Case number *(if known)* **18-00173-5** |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
| --- | --- |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 6

Debtor    **John H. Leavey Manufacturing, Inc.**                                  Case number *(if known)*  **18-00173-5**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Margarita Lopez Auila**<br>**2102 Plantation Drive**<br>**Sanford, NC 27330** | **2015- present** |
| 26a.2.  **Joshua Lure**<br>**Bonadio Group**<br>**171 Sully Trail**<br>**Pittsford, NY 14534** | **1994- Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Thomas Sciacca**<br>**3104 Valley Rush Drive**<br>**Apex, NC 27502** |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
|  |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
|  |  |  |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Sciacca** | **3104 Vallely Rush Drive**<br>**Apex, NC 27502** | **President** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    **John H. Leavey Manufacturing, Inc.**                        Case number *(if known)*  **18-00173-5**

---

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Thomas Sciacca**<br>**3104 Valley Rush Drive**<br>**Apex, NC 27502** | **Attached as Exhibit B** | | |
| | **Relationship to debtor**<br>**President** | | | |
| 30.2. | **Thomas Sciacca**<br>**3104 Valley Rush Drive**<br>**Apex, NC 27502** | **Weekly Gross Salary of $739.00** | **Weekly** | **Compensation for work** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.3. | **Thomas Sciacca**<br>**3104 Valley Rush Drive**<br>**Apex, NC 27502** | **Weekly Officer Draw of $732.00** | **Weekly** | **Compensation to officer for work** |
| | **Relationship to debtor**<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

# JHL Supply

## TRANSACTION REPORT

January - December 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Employee Benefits** | | | | | | | | |
| Aflac | | | | | | | | |
| 01/17/2017 | Expense | | Aflac Insurance | DIRECT WITHDRAWAL, AFLAC INSURANCE | Employee Benefits:Aflac | Keybank - 0518 | 506.20 | 506.20 |
| 02/15/2017 | Expense | | Aflac Insurance | DIRECT WITHDRAWAL, AFLAC INSURANCE | Employee Benefits:Aflac | Keybank - 0518 | 404.96 | 911.16 |
| 03/15/2017 | Expense | | Aflac Insurance | DIRECT WITHDRAWAL, AFLAC INSURANCE | Employee Benefits:Aflac | Keybank - 0518 | 404.96 | 1,316.12 |
| 04/14/2017 | Expense | | Aflac Insurance | DIRECT WITHDRAWAL, AFLAC INSURANCE | Employee Benefits:Aflac | Keybank - 0518 | 506.20 | 1,822.32 |
| 05/18/2017 | Expense | | Aflac Insurance | DIRECT WITHDRAWAL, AFLAC INSURANCE | Employee Benefits:Aflac | Keybank - 0518 | 327.08 | 2,149.40 |
| 06/14/2017 | Expense | | Aflac Insurance | DIRECT WITHDRAWAL, AFLAC INSURANCE | Employee Benefits:Aflac | Keybank - 0518 | 278.60 | 2,428.00 |
| **Total for Aflac** | | | | | | | **$2,428.00** | |
| **Total for Employee Benefits** | | | | | | | **$2,428.00** | |
| **TOTAL** | | | | | | | **$2,428.00** | |

# JHL Supply

TRANSACTION REPORT

January - December 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Tom Personal | | | | | | | | |
| 01/06/2017 | Check | | | Invoice | Tom Personal | Keybank - 0518 | 275.00 | 275.00 |
| | | | | Cust ID | | | | |
| 02/28/2017 | Check | | Quest Diagnostics | | Tom Personal | Keybank - 0518 | 25.41 | 300.41 |
| 09/19/2017 | Check | | U.S. Department of State | Renew passport | Tom Personal | Keybank - 0518 | 135.00 | 435.41 |
| 10/12/2017 | Check | | Jill Wilde | Dom's Bracelet | Tom Personal | Keybank - 0518 | 5.00 | 440.41 |
| 12/04/2017 | Check | | Angela Sciacca | Oct 31 email | Tom Personal | Keybank - 0518 | 643.00 | 1,083.41 |
| 12/04/2017 | Check | | Angela Sciacca | Oct 2nd email | Tom Personal | Keybank - 0518 | 439.00 | 1,522.41 |
| **Total for Tom Personal** | | | | | | | **$1,522.41** | |
| **TOTAL** | | | | | | | **$1,522.41** | |

# JHL Supply

TRANSACTION REPORT

January - December 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Tom Personal** | | | | | | | | |
| Angela Sciacca | | | | | | | | |
| 01/18/2017 | Check | | Angela Sciacca | December 30 email minus | Tom Personal:Angela Sciacca | Keybank - 0518 | 357.00 | 357.00 |
| 02/13/2017 | Check | | Angela Sciacca | January 29 email | Tom Personal:Angela Sciacca | Keybank - 0518 | 442.00 | 799.00 |
| 03/20/2017 | Check | | Angela Sciacca | March 3 email | Tom Personal:Angela Sciacca | Keybank - 0518 | 406.00 | 1,205.00 |
| 04/13/2017 | Check | | Angela Sciacca | April 4 email | Tom Personal:Angela Sciacca | Keybank - 0518 | 593.00 | 1,798.00 |
| 05/18/2017 | Check | | Angela Sciacca | May 1 email | Tom Personal:Angela Sciacca | Keybank - 0518 | 678.00 | 2,476.00 |
| 06/13/2017 | Check | | Angela Sciacca | June 1 Email | Tom Personal:Angela Sciacca | Keybank - 0518 | 529.00 | 3,005.00 |
| 08/14/2017 | Check | | Angela Sciacca | August 1 email | Tom Personal:Angela Sciacca | Keybank - 0518 | 487.00 | 3,492.00 |
| 09/21/2017 | Check | | Angela Sciacca | Child support | Tom Personal:Angela Sciacca | Keybank - 0518 | 321.00 | 3,813.00 |
| **Total for Angela Sciacca** | | | | | | | **$3,813.00** | |
| **Total for Tom Personal** | | | | | | | **$3,813.00** | |
| **TOTAL** | | | | | | | **$3,813.00** | |

# JHL Supply

## TRANSACTION REPORT

January - December 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Tom Personal** | | | | | | | | |
| Camper/Auto Payments | | | | | | | | |
| 01/17/2017 | Check | | Citizens One Auto Finance | | Tom Personal:Camper/Auto Payments | Keybank - 0518 | 458.00 | 458.00 |
| 02/16/2017 | Check | | Citizens One Auto Finance | | Tom Personal:Camper/Auto Payments | Keybank - 0518 | 458.00 | 916.00 |
| 03/13/2017 | Check | | Citizens One Auto Finance | | Tom Personal:Camper/Auto Payments | Keybank - 0518 | 458.00 | 1,374.00 |
| 04/13/2017 | Check | | Citizens One Auto Finance | | Tom Personal:Camper/Auto Payments | Keybank - 0518 | 458.00 | 1,832.00 |
| 05/11/2017 | Check | | Citizens One Auto Finance | | Tom Personal:Camper/Auto Payments | Keybank - 0518 | 458.00 | 2,290.00 |
| 06/13/2017 | Check | | NCDMV | | Tom Personal:Camper/Auto Payments | Keybank - 0518 | 198.38 | 2,488.38 |
| 06/13/2017 | Check | | Citizens One Auto Finance | | Tom Personal:Camper/Auto Payments | Keybank - 0518 | 458.00 | 2,946.38 |
| 07/17/2017 | Check | | Citizens One Auto Finance | | Tom Personal:Camper/Auto Payments | Keybank - 0518 | 458.00 | 3,404.38 |
| 08/17/2017 | Check | | Citizens One Auto Finance | | Tom Personal:Camper/Auto Payments | Keybank - 0518 | 458.00 | 3,862.38 |
| 09/18/2017 | Check | | Citizens One Auto Finance | | Tom Personal:Camper/Auto Payments | Keybank - 0518 | 458.00 | 4,320.38 |
| 10/13/2017 | Check | | Citizens One Auto Finance | | Tom Personal:Camper/Auto Payments | Keybank - 0518 | 458.00 | 4,778.38 |
| 11/15/2017 | Check | | Citizens One Auto Finance | | Tom Personal:Camper/Auto Payments | Keybank - 0518 | 458.00 | 5,236.38 |
| 12/14/2017 | Check | | Citizens One Auto Finance | | Tom Personal:Camper/Auto Payments | Keybank - 0518 | 458.00 | 5,694.38 |
| **Total for Camper/Auto Payments** | | | | | | | **$5,694.38** | |
| **Total for Tom Personal** | | | | | | | **$5,694.38** | |
| **TOTAL** | | | | | | | **$5,694.38** | |

# JHL Supply

TRANSACTION REPORT

January - December 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Tom Personal** | | | | | | | | |
| Credit Card Payments | | | | | | | | |
| 01/03/2017 | Expense | | | DIRECT WITHDRAWAL, BARCLAYCARD US CREDITCARD | Tom Personal:Credit Card Payments | Keybank - 0518 | 300.00 | 300.00 |
| 01/04/2017 | Expense | | | DIRECT WITHDRAWAL, BARCLAYCARD US CREDITCARD | Tom Personal:Credit Card Payments | Keybank - 0518 | 500.00 | 800.00 |
| 02/22/2017 | Expense | | BarclayCard | DIRECT WITHDRAWAL, BARCLAYCARD US CREDITCARD | Tom Personal:Credit Card Payments | Keybank - 0518 | 300.00 | 1,100.00 |
| 03/01/2017 | Expense | | BarclayCard | DIRECT WITHDRAWAL, BARCLAYCARD US CREDITCARD | Tom Personal:Credit Card Payments | Keybank - 0518 | 1,000.00 | 2,100.00 |
| **Total for Credit Card Payments** | | | | | | | **$2,100.00** | |
| **Total for Tom Personal** | | | | | | | **$2,100.00** | |
| **TOTAL** | | | | | | | **$2,100.00** | |

# JHL Supply

## TRANSACTION REPORT
January - December 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Tom Personal | | | | | | | | |
| Insurance | | | | | | | | |
| 02/21/2017 | Check | | Erie Insurance | Kids car insurance | Tom Personal:Insurance | Keybank - 0518 | 103.58 | 103.58 |
| 02/28/2017 | Check | | Erie Insurance | Kids car insurance | Tom Personal:Insurance | Keybank - 0518 | 282.70 | 386.28 |
| 04/24/2017 | Check | | Erie Insurance | Kids car insurance | Tom Personal:Insurance | Keybank - 0518 | 150.00 | 536.28 |
| 08/14/2017 | Check | | Kemper Direct | 0032 | Tom Personal:Insurance | Keybank - 0518 | 261.20 | 797.48 |
| 09/18/2017 | Check | | Kemper Direct | 0032 | Tom Personal:Insurance | Keybank - 0518 | 264.20 | 1,061.68 |
| 09/18/2017 | Check | | Erie Insurance | Kids car insurance | Tom Personal:Insurance | Keybank - 0518 | 189.68 | 1,251.36 |
| 12/04/2017 | Check | | Erie Insurance | Kids car insurance | Tom Personal:Insurance | Keybank - 0518 | 125.58 | 1,376.94 |
| 12/18/2017 | Check | | Erie Insurance | Kids car insurance | Tom Personal:Insurance | Keybank - 0518 | 254.12 | 1,631.06 |
| **Total for Insurance** | | | | | | | **$1,631.06** | |
| **Total for Tom Personal** | | | | | | | **$1,631.06** | |
| **TOTAL** | | | | | | | **$1,631.06** | |

# JHL Supply

TRANSACTION REPORT

January - December 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| Tom Personal | | | | | | | | |
| Medical | | | | | | | | |
| 02/07/2017 | Check | | Excellus Health Plan Plus Personal | | Tom Personal:Medical | Keybank - 0518 | 493.54 | 493.54 |
| 03/13/2017 | Check | | Excellus Health Plan Plus Personal | | Tom Personal:Medical | Keybank - 0518 | 987.08 | 1,480.62 |
| **Total for Medical** | | | | | | | **$1,480.62** | |
| **Total for Tom Personal** | | | | | | | **$1,480.62** | |
| **TOTAL** | | | | | | | **$1,480.62** | |

# JHL Supply

## TRANSACTION REPORT

### January - December 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| **Tom Personal** | | | | | | | | |
| Other Misc Expense | | | | | | | | |
| 01/16/2017 | Expense | | Transunion | TRANSUNION 800-493-3292 CA | Tom Personal:Other Misc Expense | AMEX Gold | 9.95 | 9.95 |
| 01/30/2017 | Expense | | | SURVIVALREALTY.COM 877-887-7815 WY | Tom Personal:Other Misc Expense | Discover Card | 85.00 | 94.95 |
| 02/16/2017 | Expense | | Transunion | TRANSUNION 800-493-3292 CA | Tom Personal:Other Misc Expense | AMEX Gold | 9.95 | 104.90 |
| 02/23/2017 | Expense | | | PAYPAL *LUXMOTOPART 402-935-7733 CA | Tom Personal:Other Misc Expense | Discover Card | 49.90 | 154.80 |
| 02/28/2017 | Expense | | | SURVIVALREALTY.COM 877-887-7815 WY | Tom Personal:Other Misc Expense | Discover Card | 85.00 | 239.80 |
| 03/16/2017 | Expense | | Transunion | TRANSUNION 800-493-3292 CA | Tom Personal:Other Misc Expense | AMEX Gold | 9.95 | 249.75 |
| 03/30/2017 | Expense | | | SURVIVALREALTY.COM 877-887-7815 WY | Tom Personal:Other Misc Expense | Discover Card | 85.00 | 334.75 |
| 04/16/2017 | Expense | | Transunion | TRANSUNION 800-493-3292 CA | Tom Personal:Other Misc Expense | AMEX Gold | 9.95 | 344.70 |
| 04/30/2017 | Expense | | | SURVIVALREALTY.COM 877-887-7815 WY | Tom Personal:Other Misc Expense | Discover Card | 85.00 | 429.70 |
| 05/16/2017 | Expense | | Transunion | TRANSUNION 800-493-3292 CA | Tom Personal:Other Misc Expense | AMEX Gold | 9.95 | 439.65 |
| 05/30/2017 | Expense | | | SURVIVALREALTY.COM 877-887-7815 WY | Tom Personal:Other Misc Expense | Discover Card | 85.00 | 524.65 |
| 06/16/2017 | Expense | | Transunion | TRANSUNION 800-493-3292 CA | Tom Personal:Other Misc Expense | AMEX Gold | 9.95 | 534.60 |
| 06/20/2017 | Expense | | | LUCAS JEWELRY & REPAIR | Tom Personal:Other Misc Expense | CaptialOne | 8.56 | 543.16 |
| 07/03/2017 | Expense | | | INTERNATIONAL WATCH SERVI | Tom Personal:Other Misc Expense | CaptialOne | 84.00 | 627.16 |
| 07/10/2017 | Expense | | | INTERNATIONAL WATCH SERVI | Tom Personal:Other Misc Expense | CaptialOne | 28.00 | 655.16 |
| 07/10/2017 | Expense | | | INTERNATIONAL WATCH SERVI | Tom Personal:Other Misc Expense | CaptialOne | 58.00 | 713.16 |
| **Total for Other Misc Expense** | | | | | | | **$713.16** | |
| **Total for Tom Personal** | | | | | | | **$713.16** | |
| **TOTAL** | | | | | | | **$713.16** | |

# JHL Supply

## TRANSACTION REPORT
January - December 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Tom Personal | | | | | | | | |
| Rent | | | | | | | | |
| 01/26/2017 | Expense | | | DIRECT WITHDRAWAL, COLONIAL VILLAGEWEB PMTS | Tom Personal:Rent | Keybank - 0518 | 644.77 | 644.77 |
| 03/06/2017 | Expense | | | DIRECT WITHDRAWAL, COLONIAL VILLAGEWEB PMTS | Tom Personal:Rent | Keybank - 0518 | 1,085.66 | 1,730.43 |
| 04/03/2017 | Expense | | | DIRECT WITHDRAWAL, COLONIAL VILLAGEWEB PMTS | Tom Personal:Rent | Keybank - 0518 | 1,107.00 | 2,837.43 |
| 05/02/2017 | Expense | | | DIRECT WITHDRAWAL, COLONIAL VILLAGEWEB PMTS | Tom Personal:Rent | Keybank - 0518 | 1,117.55 | 3,954.98 |
| 05/15/2017 | Check | | Mike Sciacca | Moms mothers day gift | Tom Personal:Rent | Keybank - 0518 | 30.00 | 3,984.98 |
| 06/13/2017 | Check | | Mike Sciacca | Dads fathers day gift | Tom Personal:Rent | Keybank - 0518 | 20.00 | 4,004.98 |
| 12/18/2017 | Check | | Mike Sciacca | Gifts for parents | Tom Personal:Rent | Keybank - 0518 | 65.00 | 4,069.98 |
| **Total for Rent** | | | | | | | **$4,069.98** | |
| **Total for Tom Personal** | | | | | | | **$4,069.98** | |
| **TOTAL** | | | | | | | **$4,069.98** | |

# JHL Supply

## TRANSACTION REPORT
January - December 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Tom Personal | | | | | | | | |
| Utilities | | | | | | | | |
| 02/21/2017 | Check | | Time Warner Cable Home | | Tom Personal:Utilities | Keybank - 0518 | 48.84 | 48.84 |
| 03/10/2017 | Check | | Time Warner Cable Home | | Tom Personal:Utilities | Keybank - 0518 | 103.02 | 151.86 |
| 03/10/2017 | Check | | Town of Apex | | Tom Personal:Utilities | Keybank - 0518 | 12.49 | 164.35 |
| 03/23/2017 | Check | | Town of Apex | | Tom Personal:Utilities | Keybank - 0518 | 54.78 | 219.13 |
| 04/28/2017 | Check | | Town of Apex | | Tom Personal:Utilities | Keybank - 0518 | 86.10 | 305.23 |
| 06/08/2017 | Check | | Town of Apex | | Tom Personal:Utilities | Keybank - 0518 | 62.78 | 368.01 |
| 07/06/2017 | Check | | Town of Apex | | Tom Personal:Utilities | Keybank - 0518 | 71.31 | 439.32 |
| 08/28/2017 | Check | | Town of Apex | | Tom Personal:Utilities | Keybank - 0518 | 86.23 | 525.55 |
| 09/18/2017 | Check | | Town of Apex | | Tom Personal:Utilities | Keybank - 0518 | 14.25 | 539.80 |
| 10/05/2017 | Check | | Town of Apex | | Tom Personal:Utilities | Keybank - 0518 | 100.89 | 640.69 |
| 10/26/2017 | Check | | Town of Apex | | Tom Personal:Utilities | Keybank - 0518 | 41.23 | 681.92 |
| 12/18/2017 | Check | | Town of Apex | | Tom Personal:Utilities | Keybank - 0518 | 37.41 | 719.33 |
| **Total for Utilities** | | | | | | | **$719.33** | |
| **Total for Tom Personal** | | | | | | | **$719.33** | |
| **TOTAL** | | | | | | | **$719.33** | |



Jan 26,2018

JOHN H LEAVEY MFG INC

| Date | Amount | Status | Confirmation# | Method |
|---|---|---|---|---|
| 01/05/2018 | $.00 | paid | | VISA - 4327 |
| 12/26/2017 | $302.01 | paid | | CHECKING ACCOUNT |
| 12/11/2017 | $580.75 | paid | | VISA - 4327 |
| 11/27/2017 | $357.89 | paid | | CHECKING ACCOUNT |
| 10/26/2017 | $316.69 | paid | | CHECKING ACCOUNT |
| 09/27/2017 | $358.09 | paid | | CHECKING ACCOUNT |
| 08/28/2017 | $365.14 | paid | | CHECKING ACCOUNT |
| 08/06/2017 | $360.15 | paid | | MasterCard - 9712 |
| 06/26/2017 | $358.03 | paid | | CHECKING ACCOUNT |
| 05/30/2017 | $326.59 | paid | | CHECKING ACCOUNT |
| 04/25/2017 | $528.20 | paid | | CHECKING ACCOUNT |
| 02/27/2017 | $380.99 | paid | | CHECK |
| 02/24/2017 | $12.27 | paid | | CHECKING ACCOUNT |
| 02/10/2017 | $368.72 | paid | | CHECK |

01/26/2017          $17.39              paid                                    **CHECKING ACCOUNT**

| Debtor | John H. Leavey Manufacturing, Inc. | Case number *(if known)* | 18-00173-5 |
|---|---|---|---|

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 26, 2018**

**/s/ Thomas Sciacca**                                          **Thomas Sciacca**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of North Carolina

In re   __John H. Leavey Manufacturing, Inc.__                               Case No.   __18-00173-5__
                                                                        Debtor(s)      Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Thomas Sciacca**<br>**3104 Valley Rush Drive**<br>**Apex, NC 27502** | | **100%** | **President** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   __January 26, 2018__                    Signature   __/s/ Thomas Sciacca__
                                                            __Thomas Sciacca__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.